## SMITH v. STATE.
### No. 21755.

Court of Criminal Appeals of Texas.

Nov. 19, 1941.

Wallace Hughston, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon the public highway while appellant was intoxicated. Punishment was assessed at a fine of fifty dollars and five days in jail.

The record contains no bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.